# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICK BASS and JOCELYN BASS | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) CIVIL ACTION NO. <br> ) 1:20-cv-00007-TFM-M |
| M/V STAR ISFJORD, GRIEG STAR SHIPPING and G2 OCEAN, | ) <br> ) <br> ) |
| Defendants. | ) |

## MOTION TO AMEND CERTAIN DISCOVERY DEADLINES

COME NOW Defendants Grieg Shipping II AS and G2 Ocean AS, and file this Motion to Amend Certain Discovery Deadlines in the referenced matter.

1. This non-jury matter is set for trial before Honorable Terry Moore during a March 2022 civil term. *See* Doc. 57, PageID 166.

2. Defendants filed a Motion for Summary Judgment or, in the alternative, Motion for Partial Summary Judgment. *See* Doc. 61. Plaintiffs filed their Response and Opposition on November 12, 2021 (Doc. 69), and a reply from the Defendants is due on or before November 19, 2021. *See* Doc. 65 ("Text Only Order," setting out response deadlines).

3. The parties participated in a voluntary mediation on October 6, 2021. Reggie Copeland, Esq., acted as the mediator. The matter was not settled at this mediation.

4. The Court will recall that extensive fact witness testimony has already been conducted; seventeen (17) depositions of longshoremen, officers of the M/V STAR ISFJORD, as well as corporate representatives of the Defendants have been completed. *See* Doc. 50, at PageID 148.

5. In an effort to avoid incurring unnecessary costs, and with the hope that the mediation might resolve the lawsuit, the parties refrained from scheduling expert depositions.

6. Plaintiffs named seven (7) experts pursuant to Rule 26(a)(2)(B), Fed.R.Civ.P. [written reports provided]. Additionally, five (5) experts were identified under Rule 26(a)(2)(C), Fed.R.Civ.P. [treating physicians and/or experts not required to provide written reports].

7. Defendants identified five (5) expert witnesses pursuant to Rule 26(a)(2)(B), Fed.R.Civ.P. [written reports provided].

8. The parties do not wish to change the March 20, 2022 trial setting. Remaining discovery can be completed with extensions to the current deadlines for discovery and Daubert/expert challenges:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cutoff | November 12, 2021 | January 21, 2022 |
| Daubert/Expert Challenges | December 3, 2021 | February 4, 2022 |

9. Your movant shows that the parties have diligently pursued discovery. Further, the circumstances impacting the completion of discovery are somewhat beyond the control of Defendants (i.e., scheduling of expert witnesses).

10. Undersigned counsel for Defendants conferred with the attorneys representing Plaintiffs. Plaintiffs are not opposed to this request for extension of time, but reiterated their desire to maintain the current March 2022 non-jury trial setting.

11. Your movant shows the Court that this matter is not being interposed for any improper purpose, nor will it materially prejudice any party hereto or delay the pendency of the action.

12. Based on the foregoing, Defendants respectfully ask the Court to amend the Scheduling Order as outlined above; i.e., discovery completed on or before January 21, 2022, with all Daubert/expert challenges filed on or before February 4, 2022.

Done this the 16th day of November, 2021.

                                                    */s/ John P. Kavanagh, Jr.*
                                                    John P. Kavanagh, Jr. (KAVAJ1011)
                                                    Burr & Forman LLP
                                                    11 N. Water Street, Suite 22200
                                                    Mobile, AL 36602
                                                    251-345-8200
                                                    jkavanagh@burr.com

                                                    ***Attorney for Defendants***
                                                    ***Grieg Shipping II AS and G2 Ocean AS***

## **CERTIFICATE OF SERVICE**

   I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following: (or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email), on this the 16th day of November, 2021.

| | |
|---|---|
| Patrick H. Hufft<br>Hufft & Hufft, APLC<br>635 Saint Charles Avenue<br>New Orleans, LA 70130<br>504-522-9413<br>Fax: 504-586-9945<br>Email: phufft@hufftlaw.com | Peter S. Mackey<br>Burns, Cunningham & Mackey<br>P. O. Box 1583<br>Mobile, AL 36633<br>251-432-0612<br>Fax: 251-432-0625<br>Email: psmackey@bcmlawyers.com |

Tom Shlosman
Shlosman Law Firm
4907 Magazine Street
New Orleans, LA 70115
504-453-0607
Fax: 504-324-0431
Email: tom@shlosmanlaw.com


                */s/ John P. Kavanagh, Jr.*
                OF COUNSEL