IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
PATRICK BASS, JOCELYN BASS,   *
                              *
     Plaintiffs,              *
                              *
vs.                           *   Civil Action 20-0007-TFM-M
                              *
M/V STAR ISFJORD, et al.,     *
                              *
     Defendants.              *
```

ORDER

Pending before the Court is Defendants' Motion to Amend Certain Discovery Deadlines (Doc. 70).  This non-jury maritime action was filed on January 6, 2020 and is set for a final pretrial conference before Judge Moorer on **February 4, 2022, at 11:30 p.m.** (Doc. 67), with trial sometime during the month of **March 2022**, the exact date to be set at the final pretrial conference (Doc. 57).  Defendants have filed their summary judgment motion, which is pending before the Court – it will be taken under submission November 19, 2021 (Docs. 61, 63, 65).  This is the **fourth** request by one or all of the parties to extend the discovery completion date (Docs. 45, 46; 50,53; 56,57 and 67).  The discovery period commenced on June 22, 2020, when counsel held their meeting of parties (Doc. 16).

After consideration, the Motion is **GRANTED as follows and otherwise DENIED.** The discovery completion date and the date by which the parties are to file their joint statement concerning the status of settlement negotiations is extended **for the last time** to **December 30, 2021.** All challenges to expert witnesses, including Daubert motions, are to be filed not later than **January 4, 2022.**

DONE this 16th day of November, 2021.

                                       s/Bert W. Milling, Jr.
                                       UNITED STATES MAGISTRATE JUDGE