# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK BASS and JOCELYN BASS** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) **CIVIL ACTION NO.** |
| | ) **1:20-cv-00007-TFM-M** |
| **M/V STAR ISFJORD, GRIEG STAR** | ) |
| **SHIPPING and G2 OCEAN,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE / MOTION REGARDING TRIAL SCHEDULE

COMES NOW John P. Kavanagh, Jr., one of the attorneys representing Defendants Grieg Shipping II AS and G2 Ocean AS, and gives notice to the Court and/or moves for "relief" with respect to the Trial Schedule.

This matter is scheduled for non-jury trial during the month of June 2022. See Doc. 86 (PageId# 717).

Undersigned has personal commitments during the first two (2) weeks of June:

- Family wedding in North Carolina on June 4, which will necessitate being out of the office/out of town from Friday, June 3 through Sunday, June 5, 2022.
- Family vacation which will necessitate being out of the office/out of town from Wednesday, June 8 through Tuesday, June 14, 2022.

Travel arrangements – including pre-payments/deposits, necessary reservations – have already been made for the above-referenced travel.

Undersigned respectfully asks that trial be set during the latter part of June 2022 (i.e., week of June 20 or 27), if at all possible.

47089490 v1.doc

Your movant shows this request is not being submitted for any improper purpose, should not materially delay the prosecution of the action nor prejudice any party hereto.

Respectfully submitted this the 26th day of January 2022.

> */s/ John P. Kavanagh, Jr.*
> John P. Kavanagh, Jr. (KAVAJ1011)
> L. Robert Shreve (LSHRE3179)
> Burr & Forman LLP
> 11 N. Water Street, Suite 22200
> Mobile, AL 36602
> 251-345-8200
> jkavanagh@burr.com
> rshreve@burr.com
>
> ***Attorney for Defendants***
> ***Grieg Shipping II AS and G2 Ocean AS***

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following: (or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email), on this the 26th day of January, 2022.

Patrick H. Hufft  
Hufft & Hufft, APLC  
635 Saint Charles Avenue  
New Orleans, LA 70130  
504-522-9413  
Fax: 504-586-9945  
Email: phufft@hufftlaw.com  

Peter S. Mackey  
Burns, Cunningham & Mackey  
P. O. Box 1583  
Mobile, AL 36633  
251-432-0612  
Fax: 251-432-0625  
Email: psmackey@bcmlawyers.com  

Tom Shlosman  
Shlosman Law Firm  
4907 Magazine Street  
New Orleans, LA 70115  
504-453-0607  
Fax: 504-324-0431  
Email: tom@shlosmanlaw.com  

                                              */s/ John P. Kavanagh, Jr.*  
                                              OF COUNSEL