# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICK BASS and JOCELYN BASS<br><br>     Plaintiff,<br><br>v.<br><br>M/V STAR ISFJORD; GREIG STAR SHIPPING and G2 OCEAN<br><br>     Defendants. | Case No. 1:20-cv-00007-TFM-M |

## JOINT MOTION TO CONTINUE

The parties respectfully request a continuance of the trial date, currently set the week of December 12, 2022, and a continuance of the Pretrial Conference, currently scheduled for November 9, 2022. In support of this Motion, the Parties show, as follows:

First, the Court has set oral argument on the punitive damages issue for November 9. Until the Court has issued a written order on that aspect of Defendants' motion for summary judgment, settlement discussions are at a standstill.

Second, Patrick Bass continues to receive medical care. Specifically, he was prescribed hyperbaric oxygen treatments for his traumatic brain injury in the spring of 2022. Defendants need additional time to evaluate this treatment and possibly do additional discovery concerning this treatment and alterations in Mr. Bass's life care plan (if any).

Last, lead counsel for Mr. and Mrs. Bass, Patrick Hufft, has two jury trials set in late November and a third set in early December. Mr. Hufft's jury trials set are as follows:

1. Oscar Floyd v U-Haul c/w Tharun Mittipalli, v. U-Haul c/w Vuyapal Keesara v U-Haul and c/w Tanika Adams v. U-Haul
   Jury trial Nov 21, 2022
   16th JDC
   Judge Hamilton

2. Darnell Harrison v Associated Grain Terminals
   Jury trial Nov. 28, 2022
   25th JDC
   Judge Clement

3. Joseph West and Charmaine Raimondo v Clifford Watkins and Big Wat Trucking LLC
   Jury trial December 5, 2022
   USDC-SD of Mississippi (Jackson Division)

As noted above, the current Scheduling Order has two events on November 9th: (i) Pretrial Conference, and (ii) argument on Defendants' Motion for Partial Summary Judgment (Punitive Damages). Plaintiffs and Defendants request this Court reschedule/postpone the Pretrial Conference, and only hear arguments on the punitive damages issues on November 9, 2022. This will allow for a ruling to be made on Plaintiff's punitive damage claims. Such ruling will have a significant impact on the Joint Pretrial Order, as the legal standard to be applied to the punitive damage claims will have to be included in the Joint Pretrial Order. Likewise, the availability of punitive damages, and the standard of conduct (if applicable), may impact the exhibits presented by the parties and possibly which witnesses may need to testify.

Additionally the parties are discussing re-engaging in Mediation discussions the week of December 12, 2022. It is hoped a ruling on Punitive Damages may have been rendered by that time after the November 9, 2022 oral argument on the issue.

Accordingly, the parties respectfully requests this Honorable Court continue the suggested trial date in December 2022 until February or March 2023, and continue the Pretrial Conference date currently scheduled for November 9, 2022 until a date to be selected.

Respectfully submitted this the 25th day of October 2022.

| | |
|---|---|
| /s/*Peter S. Mackey* | /s/*Patrick H. Hufft* |
| Peter S. Mackey | Patrick H. Hufft |
| Burns, Cunningham & Mackey | Hufft & Hufft, APLC |
| P. O. Box 1583 | 635 Saint Charles Avenue |
| Mobile, AL 36633 | New Orleans, LA 70130 |
| 251-432-0612 | 504-522-9413 |
| Fax: 251-432-0625 | Fax: 504-586-9945 |
| psmackey@bcmlawyers.com | phufft@hufftlaw.com |

/s/*Thomas W. Shlosman*

Thomas W. Shlosman
Shlosman Law Firm
4907 Magazine Street
New Orleans, LA 70115
504-453-0607
Fax: 504-324-0431
tom@shlosmanlaw.com

***Attorneys for Plaintiffs***
***Patrick Bass & Jocelyn Bass***

*/s/ John P. Kavanagh, Jr.*

John P. Kavanagh, Jr. (KAVAJ1011)
Burr & Forman LLP
11 N. Water Street, Suite 22200
Mobile, AL 36602
251-345-8200
jkavanagh@burr.com

***Attorney for Defendants***
***Grieg Shipping II AS and G2 Ocean AS***