UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK BASS and JOCELYN BASS, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACT. NO. 1:20-cv-7-TFM-M |
| M/V STAR ISFJORD, GREIG STAR SHIPPING, and G2 OCEAN, | ) |
| Defendants. | ) |

**ORDER**

On January 25, 2023, Plaintiff Patrick Bass ("Plaintiff") filed a status report requesting that the telephone conference scheduled for today be moved to late next week or the following week. *See* Doc. 122. The status report also notes that Plaintiff is undergoing medical testing to determine what kind of procedure his doctors will perform on him. *Id.* In light of the status report, the telephone conference set for January 25, 2023 is **CANCELLED**.

Additionally, the Court previously continued generally the pretrial conference and trial. Given the current uncertainty in timeline involving Plaintiff's care, treatment, and recovery, this case is administratively **STAYED**. The parties are **ORDERED** to file a joint status report on the first business day of every month, beginning **February 1, 2023**. The Court will schedule a telephonic status conference once the situation and timeline is more clear and defined or as needed.

The Clerk of Court is **DIRECTED** to administratively close this case during the pendency of the stay.

**DONE** and **ORDERED** this 25th day of January, 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE