UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **PATRICK BASS** | * |
| | * |
| **VERSUS** | *   CASE NO 1:20-CV-00007-TFM-M |
| | * |
| **STAR ISFJORD ET AL** | * |
| | * |

**SECOND JOINT STATUS REPORT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **Patrick Bass** and Defendants **Grieg Shipping II AS and G2 Ocean AS,** who respectfully submits the following Status Report in the above-captioned matter.

**(1).  CRANIAL CSF SURGERY UPDATE**

Since the Status Report filed on January 25, 2023 with the Court, Mr. Bass has continued the protocol of Dr. McGlaughlin with insertion of pump in the right side of the cribriform plate to extract fluid.

That testing has been completed as of Friday January 27, 2023 and the fluid was sent to pathology for testing. The results of that testing are not available yet.

Mr. Bass has an appointment with Dr. Koga on February 9, 2023 to discuss the testing results and future medical options.

Counsel for Defendants has been apprised of these developments.

Respectfully submitted,


*/s/ Patrick H. Hufft (with permission)*
PATRICK H. HUFFT, ESQ. (# 17633)
635 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 522-9413
Facsimile:  (504) 586-9945
phufft@hufftlaw.com



*/s/ John P. Kavanagh, Jr.*
John P. Kavanagh, Jr.
L. Robert Shreve
Burr & Forman LLP
11 N. Water Street, Suite 22200
Mobile, AL 36602
Tel: 251-344-5151
Fax: 251-344-9696
jkavanagh@burr.com
rshreve@burr.com
*Attorney for Defendants,*
*Grieg Shipping II AS and G2 Ocean AS*

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following: (or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email), on this the 1st day of February, 2023.

Patrick H. Hufft
Hufft & Hufft, APLC
635 Saint Charles Avenue
New Orleans, LA 70130
504-522-9413
Fax: 504-586-9945
Email: phufft@hufftlaw.com

Peter S. Mackey
Burns, Cunningham & Mackey
P. O. Box 1583
Mobile, AL 36633
251-432-0612
Fax: 251-432-0625
Email: psmackey@bcmlawyers.com

Tom Shlosman
Shlosman Law Firm
4907 Magazine Street
New Orleans, LA 70115
504-453-0607
Fax: 504-324-0431
Email: tom@shlosmanlaw.com

                                               */s/ John P. Kavanagh, Jr.*