UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **PATRICK BASS** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | |
| | * | CASE NO 1:20-CV-00007-TFM-M |
| **STAR ISFJORD ET AL** | * | |

### THIRD JOINT STATUS REPORT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **PATRICK BASS** and Defendants **GRIEG SHIPPING II AS and G2 OCEAN AS**, who respectfully submit the following Status Report in the above-captioned matter.

Since the Status Report filed on February 1, 2023, Mr. Bass has continued under the care and treatment Dr. McGlaughlin and Dr. Koga to assess/address complaints of nasal drainage. Testing has either been negative or inconclusive for the presence of CSF. Mr. Bass is currently on a regime of medication (two-weeks), following which his physicians will re-evaluate and propose further treatment as appropriate.

The parties will continue to provide updates to the Court as directed and/or notify the Court once the matter is appropriately situated for return to active calendar.

Respectfully submitted,

*s/ Patrick H. Hufft,   (with permission)*
PATRICK H. HUFFT, ESQ. (# 17633)
Hufft & Hufft, APLC
635 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 522-9413
Facsimile:  (504) 586-9945
phufft@hufftlaw.com

*s/ John P. Kavanagh, Jr.*
John P. Kavanagh, Jr.
L. Robert Shreve
Burr & Forman
11 N. Water Street, Suite 22200
Mobile, Alabama 36602
Telephone 251 344-5151
Facsimile 251 344-9696
jkavanaugh@burr.com
rshreve@burr.com
Attorneys for Defendants, Grieg Shipping II AS
and G2 Ocean AS

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following: (or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email), on this the 1st day of March, 2023.

| | |
|---|---|
| Tom Shlosman | Peter S. Mackey |
| Shlosman Law Firm | Burns, Cunningham & Mackey |
| 4907 Magazine Street | P. O. Box 1583 |
| New Orleans, LA 70115 | Mobile, AL 36633 |
| 504-453-0607 | 251-432-0612 |
| Fax: 504-324-0431 | Fax: 251-432-0625 |
| Email: tom@shlosmanlaw.com | Email: psmackey@bcmlawyers.com |

                                                  *s/ John P. Kavanagh, Jr.*