**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PATRICK BASS and JOCELYN BASS** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **1:20-cv-00007-TFM-M** |
| **M/V STAR ISFJORD, GRIEG STAR** | ) | |
| **SHIPPING and G2 OCEAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

COMES NOW L. Robert Shreve, of the law firm Burr & Forman, LLP, and files this notice of appearance on behalf of the *in rem* Defendant, M/V STAR ISFJORD.  All future notices, pleadings and/or correspondence directed to said Defendant should be submitted to undersigned counsel.

Done this the 7th day of March, 2023.

/s/ L. Robert Shreve
John P. Kavanagh, Jr. (KAVAJ1011)
L. Robert Shreve (LSHRE3179)
Burr & Forman LLP
11 N. Water Street, Suite 22200
Mobile, AL 36602
251-345-8200
jkavanagh@burr.com
rshreve@burr.com

*Attorneys for Defendants
M/V STAR ISFJORD, in rem,
Grieg Shipping II AS and G2 Ocean AS, in
personam*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following: (or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email), on this the 7th day of March, 2023.

Patrick H. Hufft
Hufft & Hufft, APLC
635 Saint Charles Avenue
New Orleans, LA 70130
504-522-9413
Fax: 504-586-9945
Email: phufft@hufftlaw.com

Peter S. Mackey
Burns, Cunningham & Mackey
P. O. Box 1583
Mobile, AL 36633
251-432-0612
Fax: 251-432-0625
Email: psmackey@bcmlawyers.com

Tom Shlosman
Shlosman Law Firm
4907 Magazine Street
New Orleans, LA 70115
504-453-0607
Fax: 504-324-0431
Email: tom@shlosmanlaw.com

*/s/ L. Robert Shreve*
OF COUNSEL

2