**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **PATRICK BASS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | |
| | * | **CASE NO 1:20-CV-00007-TFM-M** |
| **STAR ISFJORD ET AL** | * | |

## FOURTH JOINT STATUS REPORT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **PATRICK BASS** and Defendants **GRIEG SHIPPING II AS and G2 OCEAN AS**, who respectfully submit the following Status Report in the above-captioned matter.

Since the Status Report filed on March 1, 2023, Mr. Bass has continued to treat with both Dr. Koga and Dr. McGlaughin.

To date, the fluid testing (CSF) has yielded either negative or inconclusive results. Mr. Bass has been advised to continue taking specimens of the clear liquid to Gulfport Hospital for further testing. Dr. Koga has placed a hold on any surgery until determination is made that the draining is actually CSF.

Mr. Bass continues to treat with Dr. McLaughlin, ENT specialist, who is treating him for the drainage issue as well as tinnitus and has ordered earplug diffusers to assist with the tinnitus issue. Defendants do not agree that any of the referenced conditions are proximately caused by Mr. Bass' January 10, 2020 accident on the STAR ISFJORD.

The parties are attempting to schedule agreed medical exams with Defendants' expert consultants. Once completed, the parties show that a Scheduling Conference would be appropriate to discuss setting this matter back on the Court's trial docket.

Done this the 5th day of April 2023.

>Respectfully submitted,
>
>*s/ Patrick H. Hufft,   (with permission)*
>PATRICK H. HUFFT, ESQ. (# 17633)
>Hufft & Hufft, APLC
>635 St. Charles Avenue
>New Orleans, Louisiana 70130
>Telephone: (504) 522-9413
>Facsimile:  (504) 586-9945
>phufft@hufftlaw.com
>
>
>*s/ John P. Kavanagh, Jr.*
>John P. Kavanagh, Jr.
>L. Robert Shreve
>Burr & Forman
>11 N. Water Street, Suite 22200
>Mobile, Alabama 36602
>Telephone 251 344-5151
>Facsimile 251 344-9696
>jkavanaugh@burr.com
>rshreve@burr.com
>Attorneys for Defendants, Grieg Shipping II AS and G2 Ocean AS

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following: (or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email), on this the 5th day of April, 2023.

| | |
|---|---|
| Tom Shlosman<br>Shlosman Law Firm<br>4907 Magazine Street<br>New Orleans, LA 70115<br>504-453-0607<br>Fax: 504-324-0431<br>Email: tom@shlosmanlaw.com | Peter S. Mackey<br>Burns, Cunningham & Mackey<br>P. O. Box 1583<br>Mobile, AL 36633<br>251-432-0612<br>Fax: 251-432-0625<br>Email: psmackey@bcmlawyers.com |

*s/ John P. Kavanagh, Jr.*