UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK BASS** | * |
| | * |
| **VERSUS** | *   CASE NO 1:20-CV-00007-TFM-M |
| | * |
| **STAR ISFJORD ET AL** | * |

### FIFTH JOINT STATUS REPORT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Patrick Bass and Defendants Grieg Shipping II AS and G2 Ocean AS, who respectfully submit the following Status Report in the above-captioned matter.

Plaintiff Patrick Bass continues to undergo medical care and treatment.

Mr. Bass will be examined by Defendants' expert witness Dr. Carol Walker on May 18, 2013.  The parties are also arranging the remaining examinations requested by Defendants:  (1) Dr. David Rosenfield, and (2) Dr. Bendt Peterson.

Once these examinations are completed, and the reports are received from the respective expert witnesses, the matter should be returned to the Court's trial docket.

Undersigned counsel will contact the courtroom deputy to obtain potential trial settings for Fall 2023.

Done this the 4th day of May 2023.

                                        Respectfully submitted,

                                        *s/ Patrick H. Hufft,   (with permission)*
                                        PATRICK H. HUFFT, ESQ. (# 17633)
                                        Hufft & Hufft, APLC
                                        635 St. Charles Avenue
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 522-9413
                                        phufft@hufftlaw.com

*s/ John P. Kavanagh, Jr.*
John P. Kavanagh, Jr.
L. Robert Shreve
Burr & Forman
11 N. Water Street, Suite 22200
Mobile, Alabama 36602
Telephone 251 344-5151
jkavanaugh@burr.com
rshreve@burr.com
Attorneys for Defendants, Grieg Shipping II AS and G2 Ocean AS

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following: (or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email), on this the 5th day of April, 2023.

| | |
|---|---|
| Tom Shlosman | Peter S. Mackey |
| Shlosman Law Firm | Burns, Cunningham & Mackey |
| 4907 Magazine Street | P. O. Box 1583 |
| New Orleans, LA 70115 | Mobile, AL 36633 |
| 504-453-0607 | 251-432-0612 |
| Fax: 504-324-0431 | Fax: 251-432-0625 |
| Email: tom@shlosmanlaw.com | Email: psmackey@bcmlawyers.com |

*s/ John P. Kavanagh, Jr.*
