# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICK BASS and JOCELYN BASS, | ) |
| Plaintiffs, | ) |
| vs. | ) CASE NO. 1:20-CV-00007-TFM-M |
| M/V STAR ISFJORD; GREIG SHIPPING II AS and G2 OCEAN AS, | ) |
| Defendants. | ) |

## JOINT MOTION FOR STATUS CONFERENCE

COME NOW Plaintiff Patrick Bass, and Defendants Grieg Shipping II AS and G2 Ocean AS, and file this Joint Motion for Status Conference. In support of this motion, the parties show the Court as follows:

1. On May 10, 2023, a status conference was held at which time the Court and counsel for the parties discussed the setting of the trial in this matter.

2. On May 10, 2023, following the hearing, the Court sent an e-mail to counsel for the parties advising that this matter would be set for trial beginning with the liability phase on October 23-November 3, 2023, and continuing with the damages phase on November 6-9, 2023.

3. The parties have been diligently preparing this matter for trial and are working to coordinate attendance by several witnesses from outside of this jurisdiction.

4. The parties respectfully request a status conference with the Court to discuss several procedural matters including the bifurcation of the trial, the testimony of certain witnesses overseas, and the scheduling of a pretrial conference.

Respectfully submitted on this the 25th day of July, 2023.

*/s/ Peter S. Mackey (with permission)*  
Peter S. Mackey  
Burns Cunningham & Mackey  
P.O. Box 1583  
Mobile, AL 36633  
Tel: 251-432-0612  
Fax: 251-432-0625  
psmackey@bcmlawyers.com  
*Attorney for Plaintiffs*

*/s/ Patrick H. Hufft (with permission)*  
Patrick H. Hufft  
Hufft & Hufft APLC  
635 Saint Charles Avenue  
New Orleans, LA 70130  
Tel: 504-522-9413  
Fax: 504-586-9945  
phufft@hufftlaw.com  
*Attorney for Plaintiffs*

*/s/ Thomas W. Schlosman (with permission)*  
Thomas W. Schlosman  
Schlosman Law Firm  
4907 Magazine Street  
New Orleans, LA 70115  
Tel: 504-453-0606  
Fax: 504-324-0431  
tom@schlosmanlaw.com  
*Attorney for Plaintiffs*

*/s/ John P. Kavanagh, Jr.*  
John P. Kavanagh, Jr.  
L. Robert Shreve  
Burr & Forman LLP  
11 N. Water Street, Suite 22200  
Mobile, AL 36602  
Tel: 251-344-5151  
Fax: 251-344-9696  
jkavanagh@burr.com  
*rshreve@burr.com*  
*Attorney for Defendants,*  
*Grieg Shipping II AS and G2 Ocean AS*