## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK BASS and JOCELYN BASS,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:20-cv-7-TFM-M |
| ) | |
| **M/V STAR ISFJORD, GRIEG STAR** ) | |
| **SHIPPING II AS and G2 OCEAN AS,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the *Joint Motion for Status Conference* filed by all parties (Doc. 134, filed 07/25/23). The parties move the Court to set a status conference to discuss procedural matters related to the trial set for October 23, 2023 through November 9, 2023. The motion is **GRANTED** and this matter is **SET** for a status conference via video teleconference on **August 1, 2023 at 9:00 a.m.**

The Clerk of Court is **DIRECTED** to provide the parties with instructions for accessing the video teleconference.

**DONE** and **ORDERED** this the 25th day of July 2023.

                                                     s/Terry F. Moorer
                                                     TERRY F. MOORER
                                                     UNITED STATES DISTRICT JUDGE