# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICK BASS and JOCELYN BASS ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:20-cv-00007-TFM-M |
| M/V STAR ISFJORD, GRIEG STAR ) | |
| SHIPPING and G2 OCEAN, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SERVICE

COME NOW Defendants Grieg Shipping II AS and G2 Ocean AS, by and through the undersigned counsel, and hereby notify the Court that all counsel of record was served with the following via electronic mail on this the 31st day of July, 2023:

1. Amended Notice of Video-Taped Deposition for Trial with duces tecum of Dr. Terry Taylor set August 3, 2023.

Respectfully submitted,

*/s/ John P. Kavanagh, Jr.*
John P. Kavanagh, Jr. (KAVAJ1011)
L. Robert Shreve (LSHRE3179)
Burr & Forman LLP
11 N. Water Street, Suite 22200
Mobile, AL 36602
(251) 344-5151
jkavanagh@burr.com
rshreve@burr.com

*Attorney for Defendants*
*Grieg Shipping II AS and G2 Ocean AS*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following: (or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email), on this the 31st day of July, 2023.

| | |
|---|---|
| Patrick H. Hufft<br>Hufft & Hufft, APLC<br>635 Saint Charles Avenue<br>New Orleans, LA 70130<br>504-522-9413<br>Fax: 504-586-9945<br>Email: phufft@hufftlaw.com | Peter S. Mackey<br>Burns, Cunningham & Mackey<br>P. O. Box 1583<br>Mobile, AL 36633<br>251-432-0612<br>Fax: 251-432-0625<br>Email: psmackey@bcmlawyers.com |

Tom Shlosman
Shlosman Law Firm
4907 Magazine Street
New Orleans, LA 70115
504-453-0607
Fax: 504-324-0431
Email: tom@shlosmanlaw.com

                                                  */s/ John P. Kavanagh, Jr.*
                                                  OF COUNSEL